AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

JAIME PEREZ-ACEVEDO
aka Jaime Acevedo Perez,
Jaime Acebedo-Perez, Artemio Avila,
Jose Talaver and Jaime Martinez Acevedo
   DOB:  9/17/1974

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about     August 5, 2006     in     Washington, D.C.     county, in the District of   Columbia   defendant(s) did, (Track Statutory Language of Offense)

reenter, and was found in, the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title    8    United States Code, Section(s)     1326(a)    .

I further state that I am Mark Leeper,  Special Agent with the U.S. Immigration and Customs Enforcement ("ICE")  , and that this complaint is based on the following facts:

   **See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUSA, Michael Harvey   (202) 305-2195
Sworn to before me and subscribed in my presence,

Signature of Complainant
Mark Leeper, Special Agent
U.S. Immigration and Customs Enforcement

_____
Date

at     Washington, D.C.
           City and State

_____
Name & Title of Judicial Officer                    Signature of Judicial Officer